IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:10-CR-0005 |
| | ) | JUDGE HAYNES |
| DONNIE LYNN HUTCHINGS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The sentencing hearing is set in this action for **Monday, October 29, 2012 at 3:30 p.m.** By **Monday, October 15, 2012** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing by. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the 14th day of August, 2012.

WILLIAM J. HAYNES, JR.
United States Chief District Judge